Wabash Chemical Corporation, Plaintiff-Appellant, v. Scholle Chemical Corporation, Defendant-Appellee.

Gen. No. 50,288. 

First District, Second Division.

January 25, 1966.

Tenney, Bentley, Guthrie & Howell and Jerome S. Wald, of Chicago, for appellant; Samuel W. Block, Howard R. Barron and Thomas C. Hynes, of Chicago (Raymond, Mayer, Jenner & Block, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.